FILED

01/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0040

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**Supreme Court No.   DA-24-0040**

_____

EDMUND ALVIN ADAMS

      Petitioner and Appellant,

vs.

STATE OF MONTANA,

      Respondent and Appellee.

_____

**ORDER GRANTING MOTION TO APPOINT THE OFFICE OF THE PUBLIC DEFENDER, APPELLATE DIVISION**

_____

Sarah M. Lockwood, counsel for Appellant Edmund Adams, had moved the Court to withdraw as counsel and for appointment of counsel from the Appellate Defender Division. Counsel asserts that Appellant is incarcerated, indigent, and has not retained Ms. Lockwood's services for appeal.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that the motion for appointment of counsel is GRANTED. The Appellate Defender Division shall have thirty (30) days from the date of this Order within which to file either a Notice of Appearance or a motion to rescind this Order appointing counsel. In the event Appellant qualifies for

1

appointed counsel, the Appellate Defender Division shall immediately order any additional transcripts if they have not been already ordered.

The Clerk is directed to provide a copy of this Order to counsel of record, to the Appellate Defender Division, and to Appellant Edmund Adams, personally.

Electronically signed below:

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 18 2024